**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICK HARLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:16-cv-7832 |
| v. ) | |
| ) | Hon. Samuel Der-Yeghiayan |
| CHARLES W. SCHOLTZ, Chairman, Illinois ) | |
| State Board of Elections, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: All counsel of record.

PLEASE TAKE NOTICE that on Thursday, September 8, 2016 at 9:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached UNCONTESTED MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*, a copy of which is hereby served upon you.

Dated: August 30, 2016

Respectfully submitted,

/s/ Rebecca K. Glenberg
*Counsel for* Amici Curiae

Ami D. Gandhi
CHICAGO LAWYERS' COMMITTEE
FOR CIVIL RIGHTS UNDER LAW, INC.
100 N. LaSalle St., Suite 600
Chicago, IL 60602
Telephone: 312-888-4193
Fax: 312-630-1127
agandhi@clccrul.org

Rebecca K. Glenberg
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
180 N. Michigan Ave., Suite 2300
Chicago, IL 60601-7401
Telephone: 312-201-9740
Fax: 312-288-5225
rglenberg@aclu.org

## **CERTIFICATE OF SERVICE**

      I, Rebecca K. Glenberg, certify that I caused a copy of the foregoing NOTICE OF MOTION to be served to counsel of record via the ECF system of the U.S. District Court, Northern District of Illinois, Eastern Division, on this 30th day of August, 2016.

                                                /s/ Rebecca K. Glenberg