**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICK HARLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:16-cv-7832 |
| ) | |
| v. ) | Hon. Andrea R. Wood |
| ) | |
| CHARLES W. SCHOLZ, Chairman, Illinois ) | |
| State Board of Elections, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| DAVID ORR, Cook County Clerk, ) | |
| ) | |
| Intervenor-Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

It is hereby stipulated and agreed by and between all parties to this case that the above-captioned case is voluntarily dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: May 4, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Jacob H. Huebert | LISA MADIGAN |
| Jacob H. Huebert | Attorney General of Illinois |
| Jeffrey M. Schwab | |
| James J. McQuaid | By: |
| LIBERTY JUSTICE CENTER | |
| 190 S. LaSalle Street, Suite 1500 | /s/ Thomas A. Ioppolo |
| Chicago, Illinois 60603 | Thomas A. Ioppolo |
| (312) 263-7668 (phone) | Sarah H. Newman |
| (312) 263-7702 (facsimile) | Assistant Attorneys General |
| jhuebert@libertyjusticecenter.org | 100 W. Randolph Street, 13th Floor |
| jschwab@libertyjusticecenter.org | Chicago, Illinois 60601 |
| jmcquaid@libertyjusticecenter.org | 312-814-7198 / 312-814-6131 |
| | tioppolo@atg.state.il.us |
| | snewman@atg.state.il.us |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for State Defendants* |

KIMBERLY M. FOXX
State's Attorney of Cook County

By:

/s/ Marie D. Spicuzza
Kent S. Ray
Marie D. Spicuzza
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6934
(312) 603-5489
kent.ray@cookcountyil.gov
marie.spicuzza@cookcountyil.gov

*Attorneys for Intervenor-Defendant David Orr*

## **CERTIFICATE OF SERVICE**

  I, Jacob Huebert, an attorney, certify that on May 4, 2018, I served the foregoing Agreed Motion for an Extension of Time to Complete Discovery on all counsel of record by filing it through the Court's electronic case filing system.

                /s/ Jacob H. Huebert